**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: December 04, 2014.**

*H Mott*
_____
**H. CHRISTOPHER MOTT**
**UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 14-31536 |
| | § | |
| NESTOR CHAO | § | |
| | § | CHAPTER 13 |
| Debtor(s) | § | |

AGREED ORDER ON CONN APPLIANCES, INC. D/B/A CONN'S AS SERVICER-IN-FACT AND
ATTORNEY-IN-FACT FOR CONN CREDIT I, LP AND/OR CONN'S RECEIVABLES FUNDING I, LP
OBJECTION TO CONFIRMATION OF PLAN

ON THIS DAY came on to be heard the above objection, together with the responses thereto of Debtor and it appearing to the Court that the parties have compromised and settled their differences by agreement as follows:

    1. The Court has jurisdiction of this matter;

    2. The claim filed by Conn Appliances, Inc. d/b/a Conn's as Servicer-in-fact and Attorney-in-fact for Conn Credit I, LP and/or Conn's Receivables Funding I, LP in the amount of $1,877.43 is to be

paid in the plan as a secured creditor with a value of $1,450.00;

        3. The secured amount of $1,450.00 to be paid to Conn's is to be paid at an interest rate of 0% per annum;

        It is therefore ORDERED that the Conn's claim be paid in accordance with this agreement.

### End of Order###

APPROVED AND AGREED TO:

BY: *(signature)*
Edgar J Borrego
State Bar No. 24036574
Attorney for Debtor(s)
2610 Montana Avenue
El Paso, Texas 79903

BY: *(signature)*
Dana Overstreet / Charlotte Foutz Rogers, In-House Counsel
Texas Bar No. 00788152/ 24038068
3295 College Street
Beaumont, Texas 77702
Telephone: 409-832-1696
Toll Free: 866-904-9067 ext. 3395
Facsimile: 409-835-1868

Page 2

000242342530/hmm Objection to Confirmation

United States Bankruptcy Court
Western District of Texas

In re:  Case No. 14-31536-hcm
Nestor Chao  Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0542-3  User: cardenasr  Page 1 of 1  Date Rcvd: Dec 04, 2014
    Form ID: pdfintp  Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2014.
db    +Nestor Chao,   3716 McConnell Ave. Apt. #4,   El Paso, TX 79904-6151

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.   TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2014  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2014 at the address(es) listed below:
    Dana Overstreet    on behalf of Creditor   Conn Appliances, Inc. dba Conn's as Servicer-in-Fact and Attorney-in-Fact for Conn Credit I, LP and/or Conn's Receivables Funding I, LP  dana.overstreet@conns.com, connbankruptcy@conns.com
    Edgar J. Borrego    on behalf of Debtor Nestor   Chao tanzy.borrego@566-plan.com, tanzy.mail@gmail.com;TB.Notices@gmail.com
    Stuart C. Cox    mbeard@ch13elpaso.com
    United States Trustee - EP12    USTPRegion07.SN.ECF@usdoj.gov
    TOTAL: 4